PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:00-CR-00140-WBS |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| LISA JACKSON AND MARK JACKSON, | |
| Defendants. | |

On September 16, 2021, the United States moved the Court requesting that it order the Clerk of the Court to: (1) reflect victim Jean Gardella's name change to Jean Yzer and (2) disburse the share of restitution funds already collected for, and to be collected in the future for, Jean Gardella and Robert Gardella to just Jean Yzer. The Court has considered the motion and finds that it should be granted. IT IS SO ORDERED.

Dated: September 17, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1